IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:24-cv-02033-SHL-atc |
| STEVEN BELL, ODELL WOOD, and DEBRA WOOD, | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO DEPOSIT FUNDS AND DISMISSING THE LINCOLN NATIONAL LIFE COMPANY**

Before the Court is Plaintiff The Lincoln National Life Insurance Company's ("Lincoln") Unopposed Motion to Deposit Funds and Be Dismissed and Memorandum in Support, filed March 11, 2024. (ECF No. 16.) Lincoln requests permission to deposit the policy benefit into the registry of the Court and seeks dismissal with prejudice from the action, including a permanent injunction preventing Defendants from pursuing any further action against Lincoln with respect to this policy. (Id. at PageID 91.) Defendants all agree to this relief. (Id. at PageID 94.) Because the Court recognizes that Lincoln is acting in good faith and cannot reliably determine the rightful beneficiary of the disputed policy benefit, the interpleader is valid, and Lincoln's motion is **GRANTED**.

**IT IS THEREFORE ORDERED** as follows:

1. Lincoln shall be **PERMITTED** to deposit into the registry of the Court the sum of $25,000.00 by check made payable to the Clerk of this Court, representing a policy benefit under a life insurance policy bearing policy number 000010263112 insuring the life of Desiree Wood.  Lincoln is **DIRECTED** to file a notice on the docket once the

funds have been sent to the Clerk of this Court.  The Clerk of this Court shall accept such check and shall deposit such funds into the registry of the Court.

2. Upon receipt of these funds, Lincoln, as a disinterested stakeholder, shall be **DISMISSED** from this action with prejudice and discharged from any further liability under the life insurance policy at issue in this action.

3. Defendants in this action shall be permanently **ENJOINED** from pursuing any further action or proceedings against Lincoln with respect to the life insurance policy and the policy benefits at issue in this action.

**IT IS SO ORDERED,** this 3rd day of April, 2024.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            CHIEF UNITED STATES DISTRICT JUDGE